UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNE CAHN, Trustee Of The Cahn Family Exemption Trust 1990; SANTA ROSA CAMPWAY, INC., A California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:15-CV-05030-MMC<br><br>**ORDER**  DISMISSING CASE WITH PREJUDICE |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: May 25, 2016     _/s/ Maxine M. Chesney_
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal                    Case: 3:15-CV-05030-MMC